**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Krystal Melton | ) | No. 18-15538 |
| | ) | |
| Debtor | ) | Hon. TIMOTHY A. BARNES |
| | ) | BANKRUPTCY JUDGE |

**CERTIFICATE OF SERVICE**

Robert B. Katz, Trustee, states that he served a copy of the foregoing Notice by causing same to be deposited in the U.S. Mail, with proper postage prepaid, addressed to the parties as listed below on the 26th day of February, 2019.

U.S. Trustee's Office
219 S. Dearborn St, Suite 873
Chicago, IL 60604

Krystal Melton
50 E. 57th Street #50
Chicago, IL 60637

Hilary Labs
Semrad Law Firm
20 S. Clark St #2800
Chicago, IL 60603

Foursight Capital LLC
PO Box 45026
Salt Lake City, UT 84145

Healthcare Associates Credit Union
1151 East Warrenville Road
Naperville, IL 60563

US Department of Education C/O Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

CreditBox.com, LLC

PO Box 2447
Des Plaines, IL 60017


American First Finance
C/O Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701


                                                    /s/Robert B. Katz
                                                      Robert B. Katz